# UNITED STATES DISTRICT COURT

## District of Minnesota

Francisco Ortiz Candia,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1231 (KMM/JFD)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Verified Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED IN PART**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), and Respondents are **ENJOINED** from detaining him pursuant to that provision.

3. **On or before February 17, 2026**, Respondents shall submit additional evidence sufficient to show when the warrant at Docket Entry 6-1 was issued in relation to ICE agents encountering and arresting the Petitioner, and who issued that warrant.

4. If Petitioner wishes to file a Reply addressing whether the document provided by Respondents is a warrant that satisfies § 1226(a), Petitioner must do so **no later than February 20, 2026**. The deadline for Petitioner's reply established in the Court's Order to Show Cause is, therefore, extended in accordance with this paragraph.

5. Respondents are **ORDERED** to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) **by February 17, 2026**.

6. Respondents are **ORDERED** to file an update on the docket **by noon on February 19, 2026**, demonstrating to the Court that such a hearing has taken place.

Date: 2/11/2026

KATE M. FOGARTY, CLERK