# UNITED STATES DISTRICT COURT
## District of Minnesota

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Francisco Ortiz Candia

Petitioner(s),

v.

Case Number: 26-cv-01231-KMM-JFD

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The previous Judgment (Dkt. 8) is **VACATED** and the Clerk of Court is **DIRECTED** to enter an Amended Judgment consistent with this Order.

2. Petitioner's Verified Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED** to the extent Petitioner requests that he be immediately released from custody.

3. The Court **DECLARES** that Petitioner is not subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2) and Respondents are **ENJOINED** from detaining him pursuant to that provision.

4. The Court **DECLARES** that Respondents have not shown that Petitioner was arrested "on a warrant issued by the Attorney General" and, therefore, they have not established that he is subject to discretionary detention under 8 U.S.C. § 1226(a).

5. The Court **ORDERS** Respondents to immediately release Petitioner Francisco O. C. **without conditions and no later than 5:00 PM on February 19, 2026**.

6. Upon Petitioner Francisco O. C.'s release, Respondents must return **all of his personal effects seized during his arrest, including but not limited to his immigration paperwork**. His property must be returned in the same condition as it was in at the time he was arrested.

7. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of his release.

Date: 2/19/2026

KATE M. FOGARTY, CLERK